## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

LILLY v. COMMONWEALTH.

November 26, 1909.

Absent, Buchanan, J.

(*For syllabus see Edmonston* v. *Commonwealth, ante, p.* 897.)

Error to a judgment of the Circuit Court of Alexandria county.

*Reversed.*

(For facts of case see *Edmonston* v. *Commonwealth, ante* p. 897.)

*S. G. Brent* and *Moncure & Tebbs,* for the plaintiff in error.

*Robert Catlett, Assistant to the Attorney General,* for the Commonwealth.

HARRISON, J., delivered the opinion of the court.

The case was heard with the case of *Edmonston* v. *Commonwealth,* in which an opinion has this day been handed down. The two cases are in all respects identical, and for the reasons given in Edmonston's case, the judgment here complained of must be reversed and the contempt proceedings against Charles Lilly dismissed.

*Reversed.*